No. 03–1384. FOLLOWELL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GURLEY v. MILLS. C. A. 11th Cir. Certiorari denied.

No. 03–1385. HOLGUIN v. FLOOD CONTROL DISTRICT OF GREENLEE COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1386. GRANITE STATE OUTDOOR ADVERTISING, INC. v. CITY OF ST. PETERSBURG, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–1387. PHILSON, AKA ALLAH v. SHERRER, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1398. CRUM ET AL. v. FLOWERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1402. SATRE-BUISSON v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 03–1419. FITZGERALD, TREASURER OF IOWA v. RACING ASSOCIATION OF CENTRAL IOWA ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 03–1453. CENDEJAS v. ENGLAND, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 03–1472. LOCAL UNION NO. 38, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, AFL-CIO v. PELELLA. C. A. 2d Cir. Certiorari denied.

No. 03–1473. PERSIK v. MANPOWER INC. C. A. 10th Cir. Certiorari denied.

No. 03–1490. CLAIM OF KAWCZYNSKI ET AL. v. ESTATE OF CUMMINGS, DECEASED. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8172. DEJESUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8225. CHEVALIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.